IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-D-48 (PAC)

SABRINA MATHIS,

      Plaintiff,

v.

KING SOOPERS, INCORPORATED,

      Defendant.

_____

**ORDER**
_____

      THIS MATTER is before the Court on Plaintiff Sabrina Mathis's Letter to the Court, filed November 25, 2005.  Through her letter, Plaintiff seeks to continue the Final Trial Preparation Conference, scheduled for Monday, December 19, 2005, at 9:00 a.m. and the five-day Jury Trial scheduled to commence on January 9, 2006.  Because Plaintiff is seeking relief from this Court, her letter will be treated as a Motion to Continue.  Defendant shall respond to Plaintiff's request for a continuance by Friday, December 2, 2005.

      Dated:  November 28, 2005

                         BY THE COURT:


                         s/ Wiley Y. Daniel
                         Wiley Y. Daniel
                         U. S. District Judge