IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00048-WYD-PAC

SABRINA MATHIS ,

      Plaintiff(s),

v.

KING SOOPERS, INCORPORATED,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Defendant's Motion to Take Supplemental Deposition of Plaintiff dated May 25, 2006 (doc. 82) is granted.  Defendant may take the supplemental deposition of plaintiff Sabrina Mathis by **June 15, 2006**.

Dated:  May 26, 2006