IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00048-WYD-PAC

SABRINA MATHIS ,

    Plaintiff(s),

v.

KING SOOPERS, INCORPORATED,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Postpone Deadline for Supplemental Deposition of Plaintiff dated June 7, 2006 (doc. 90) is granted. Defendant King Soopers may take the supplemental deposition of the Plaintiff no later than thirty (30) days prior to the date of trial.

Dated:  June 8, 2006