IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00048-WYD-PAC

SABRINA MATHIS,

    Plaintiff,

v.

KING SOOPERS, INCORPORATED,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Permission to File Second Motion for Summary Judgment and D.C.COLO.LCivR 7.1 Certification [# 97], filed July 20, 2006, is **GRANTED**.  The Court will accept Defendant's Second Motion for Summary Judgment as filed on July 20, 2006.

    Dated:  July 27, 2006