**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:    Robert R. Keech          Date:   February 22, 2007
E.C.R./Reporter:     Kara Spitler

_____

Civil Action No:  **03-cv-00048-WYD-PAC**          Counsel:

**SABRINA MATHIS**,                          Andrew T. Brake

        Plaintiff,

v.

**KING SOOPERS, INC.**,                      Lawrence W. Marquess

        Defendant.

_____

**COURTROOM MINUTES**

_____

**STATUS CONFERENCE**

**2:43 p.m.**     Court in Session

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

2:44 p.m.     Discussion regarding the status of the case and setting a settlement conference before a Magistrate Judge.

**ORDERED:**     Parties shall go to Magistrate Judge O. Edward Schlatter's chambers to schedule a settlement conference prior to early April.

**ORDERED:**     Defendant's Second Motion for Summary Judgment (#98 - 7/20/06) is **DENIED WITHOUT PREJUDICE.**

Judge Wiley Y. Daniel
03-cv-00048-WYD-PAC - Courtroom Minutes

**ORDERED:**  Parties shall notify the Court of the status of the case **not later than ten (10) days after the date of the settlement conference.**

**2:53 p.m.**  Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:10**