IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00048-WYD-KLM

SABRINA MATHIS,

    Plaintiff(s),

v.

KING SOOPERS, INCORPORATED,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion to Vacate Pretrial Conference** [Docket No. 129; filed September 17, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Pretrial Conference currently set for September 25, 2007 at 10:00 a.m. is **VACATED**. The Parties shall file their stipulation for dismissal on or before **October 22, 2007**.

    Dated: September 20, 2007