IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00048-WYD-KLM

SABRINA MATHIS,

    Plaintiff,

v.

KING SOOPERS, INCORPORATED,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

This matter comes before the Court on the parties' Stipulated Motion to Dismiss (the "Motion") (docket #139) filed on January 14, 2008. After careful review of the motion and the file, it is hereby

ORDERED that the Stipulated Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs and fees.

Dated: January 22, 2008.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              U. S. DISTRICT JUDGE